UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

**Plaintiff,**

**v.** **No. 4:23-mc-00005-P**

**PRINCETON ALTERNATIVE FUNDING, LLC, ET AL.**

**Defendants.**

## ORDER

The United States Magistrate Judge issued an order denying in part and granting in part the Motion to Compel Compliance with Third Party Document Subpoena filed by Princeton Alternative Funding, LLC, Microbilt Corporation, Phillip N. Burgess, Jr., Walter Wojciechowski, and John Cook, Jr. ("Movants"). ECF No. 12. The Magistrate Judge's order reasoned that Movants' motion to transfer should be denied because exceptional circumstances warranting transfer did not exist. It further reasoned that Stephen Bellah should be required to comply with a third party document subpoena because Movants' requested discovery is relevant and Bellah posed no specific objections showing that the discovery would pose an undue burden on him.

Bellah filed an objection to the Magistrate Judge's order (ECF No. 13), and Movants filed a response (ECF No. 14). The Court has conducted a *de novo* review of the following:

1. The pleadings and record;
2. The order of the United States Magistrate Judge (ECF No. 12);
3. Bellah's written objections (ECF No. 13);
4. Movants' response (ECF No. 14); and

5. The applicable law.

The Court, having conducted a *de novo* of the Magistrate Judge's findings in accordance with 28 U.S.C. § 636(b)(1), concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts them as the findings and conclusions of the Court. Bellah's objections do not dispute that Movants' discovery requests are relevant, and they fail to demonstrate how Movants' discovery requests would pose an undue burden on him. Accordingly, the Court **ADOPTS** the reasoning in the Magistrate Judge's Order and **OVERRULES** Bellah's Objections.

**SO ORDERED** on this **3rd day of November 2026.**

Mark T. Pittman

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE